UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>JEFFREY CRANFORD,<br><br>Defendant. | Case No. 18-mj-70585-MAG-1<br><br>Charging District: Western Tennessee<br>Charging District's Case No.: 2:18-2010-JTF |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| | |
|---|---|
| Place: US District Court<br>Western District of Tennessee<br>167 N. Main Street<br>Memphis, TN 38103 | Courtroom No.: 5, 3rd floor<br>Date and Time: May 14, 2018 2:00 PM<br>Chief Magistrate Judge Diane K. Vescovo |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 4/27/18

KANDIS A. WESTMORE
United States Magistrate Judge

FILED
APR 27 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND